UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AI-YEE LIU,

Petitioner - Appellant,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; et al.,

Respondents - Appellees.

No. 26-1

D.C. No.
2:25-cv-04793-SMB--JFM

District of Arizona,
Phoenix

MANDATE

The judgment of this Court, entered August 04, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT